# Appendix to the Motion of EDS Defendants

# Timeline of Relevant Events

| Date | Event |
|---|---|
| October 8 and 14, 2005 | Delphi[1] and its subsidiaries file Chapter 11 bankruptcy petitions. |
| July 28, 2006 | EDS and affiliates file proofs of claim in the bankruptcy proceedings. |
| October 23, 2006 | Delphi's new Master Services Agreement with EDS and EDS Information Services, L.L.C. is approved by the Court (D.I. 5378). |
| October 31, 2006 | The Debtors object to certain claims of EDS and its affiliates. |
| May 31, 2007 | The Court approves a settlement that allows claims of EDS and EDS Information Services L.L.C. as unsecured claims (D.I. 7934). |
| June 13, 2007 | EDS assigns its claims to JPMorgan Chase Bank, N.A. (D.I. 8356). |
| August 6, 2007 | The Debtors file the Preservation of Estate Claims Procedures Motion (D.I. 8905). |
| August 16, 2007 | The Court enters the Preservation of Estate Claims Procedures Order (D.I. 9105). |
| September 6, 2007 | The Debtors file a plan of reorganization that proposes full payment to their unsecured creditors (D.I. 9263) |
| September 26, 2007 | The Debtors file a Complaint against the EDS Defendants under seal. EDS is not served with a copy of the complaint. |
| October 14, 2007 | The statute of limitations for commencing preference avoidance actions expires on or prior to this date. |
| December 10, 2007 | The Debtors file their first amended plan providing for full payment of their unsecured creditors (the "Plan") (D.I. 11386). |
| January 25, 2008 | The Plan is confirmed by order of the Court (D.I. 12359). |
| February 28, 2008 | The Debtors file the February 2008 Extension Motion, seeking a further two month extension of the deadline to serve process for certain avoidance actions (D.I. 12922). |

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion of HP Enterprise Services, LLC and Affiliates for an Order Dismissing the Complaint with Prejudice and Vacating Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024.

| Date | Event |
|---|---|
| March 28, 2008 | The Court enters the March 2008 Extension Order, granting the extension to serve process until May 31, 2008 (D.I. 13277). |
| April 10, 2008 | The Debtors file the April 2008 Extension Motion seeking a third extension of the service deadline until the later of December 31, 2008 or substantial consummation of the Plan (D.I. 13361). |
| April 30, 2008 | The Court enters the April 2008 Extension Order (D.I. 13484). |
| October 3, 2008 | The Debtors file a motion for approval of modifications to the Plan (D.I. 14310), which seeks approval of changes to the Plan that provided for substantially lower recoveries to the Debtors' unsecured creditors. |
| June 16, 2009 | The Debtors file the Modified Plan (D.I. 17030). |
| July 2, 2009 | The Debtors file certain Exhibits to the Modified Plan (D.I. 17557), including a revised list of retained avoidance actions (Exhibit 7.19). |
| July 30, 2009 | The Court enters an order approving the Modified Plan (D.I. 18707). |
| October 2, 2009 | The Debtors file the October 2009 Extension Motion, seeking a fourth extension of the deadline to serve process until 180 days after substantial consummation of the Modified Plan (D.I. 18952). |
| October 6, 2009 | The Modified Plan becomes effective. |
| October 22, 2009 | The Court enters the October 2009 Extension Order, granting the extension requested in the October 2009 Extension Motion (D.I. 18999). |
| March 12, 2010 | The Complaint is unsealed and a summons is issued in this adversary proceeding. |
| March 31, 2010 | A second summons is issued. |
| April 4, 2010 | The deadline to serve process under the October 2009 Extension Order expires. |